■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE GOMEZ, Also Known as GEORGE PEREZ, Appellant. [808 NYS2d 901]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered August 4, 2004, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 16 years to life, unanimously affirmed.

Defendant's constitutional challenge to the procedure under which he was sentenced as a persistent violent felony offender is unpreserved for appellate review and, in any event, is without merit (*see People v Rosen*, 96 NY2d 329 [2001], *cert denied* 534 US 899 [2001]). Defendant's mandatory sentence as a persistent violent felony offender was triggered solely by his prior convictions (*see Almendarez-Torres v United States*, 523 US 224 [1998]). Concur—Andrias, J.P., Saxe, Friedman, Williams and Malone, JJ.